IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Anthony Hines 166340 )
Full name and prison number )
of plaintiff(s) )
)
v.   Program Director )
MARSH BURN )
CENTRAL RECORDS )
CLASSIFICATION OFFICER )
)
_____ )
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED

2007 JAN -4 A 9: 53

CIVIL ACTION NO. 2:07-CV-17-MHT
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES (X)  NO ( )

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES (X)  NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) Anthony Hines 166340

            Defendant(s) Judge STOUT Attorney HABIB YAZDI

        2.  Court (if federal court, name the district; if state court, name the county) MOBILE COUNTY
            205 Gov ST Mobile Al 36603

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

6. Approximate date of filing lawsuit _12-20-06_

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _P.O. Box 767 Clayton Al 36016_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Ventress C.F. P.O. Box 767 Clayton Al 36016_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS

1. _Mr. Marsh Burn_              _P.O. Box 767 Clayton Al_
2. _Central Records_             _1400 Lloyd St. Montgomery Al 36019_
3. _Classification Officer_      _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _8-7-06_
_____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I was transported back to county jail for same charge when it was supposed to_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

to have court for same charge CC-2005 4392 CC-2005-3863 Judge Stout Attorney HABIB YAZDI I was awarded 90days 1-12-06 then own 8-10-06 I was awarded 120 days. Then I was returned to county jail my time sheet was very incorrect

GROUND TWO: First time sheet was 10-5-06 now after award 4-17-09 How could that be.

SUPPORTING FACTS: The State held me at county jail from 8-7-06 until 8-30-06 Cause me to be removed from Drug program they recommended.

GROUND THREE: Also I was given wrong case # No 6001109

SUPPORTING FACTS: How could I have 06 case when I have been in jail since 4-28-05 if I stay until 4-17-09 that is 49 months and I was only given 15yrs split 3yrs which is 36 months

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

_Correct my time sheet send me workrelease please_

_Anthony Hine_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  12-27-06 .
(Date)

_Anthony Hine_
Signature of plaintiff(s)

4