**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

2:07CV17-MHT

1-24-07

HONORABLE JUDGE WALLACE CAPEL JR,

In care Anthony HINES 166340 Case # CC-2005-4392 CC-2005-3863 I was sentenced own 1-12-06 to 15yrs split 3yrs which is 36 months not 49 months. This is my written objection. Ground I was taken back to county jail for case # NO6001109 which is not my case also how can I have 4-17-09 release date when I been in jail since 4-28-05 also awarded 90 days own 1-12-06 then another 110 days own 8-10-06 2nd I was only given 15yrs split 3yrs which is 36 months not 49 months. You can check Judge RODERICK P. STOUT records P.O. BOX 1083 MOBILE AL 36652-1083 SUSAN WILSON 205 GOVT ST. MOBILE AL 36644-2911. When I was in county jail my time sheet stated 10-5-08 How could it change to 4-17-09 with 90 days jail credit and 110 days jail credit. God knows your HONOR my release date is not correct also this is not my case # NO6001109 your concern would be highly appreciated. My records at MOBILE COUNTY Court House can find error. Your concern would be high appreciated

ANTHony HINES 166340
1-29-60

NAME Anthony Hines AIS #166340 DORM #L.O.1-14-A
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

VENTRESS
LAW LIBRARY

Judge
WALLACE CAPEL JR.
U.S. MAGISTRATE JUDGE
P.O. BOX 711
MONTGOMERY, Al 36101-0711