N266

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

2:07CV17-MHT

1-18-07

JUDGE
WALLACE CAPEL JR        2007 JAN 25 A 7:42
    CASE # 2:07-CV00017MHT-WC
Please disregard CIVIL ACTION Against DIRECTOR
MARSHBURN reason he's the DIRECTOR and it's good chance
MOBILE CIRCUIT CLERK made error own time sheet, I have CIVIL
Action in SOUTHERN DISTRICT which should clear up time sheet
jail credit Again I am in next substance abuse program
please again disregard CIVIL ACTION
I am in next substance abuse
program in April 07        Anthony Hines

NAME _____ AIS # _____ DORM # _____

VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

VENTRESS
LAW LIBRARY

Ms Debra Hackett
P.O. Box 711
U.S. Mis) le District
Montgomery, Al 36101

36101+0711 B007

[USPS postage mark: $00.390, MAILED FROM ZIP CODE 36016, JAN 24 2007]