IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY HINES, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:07cv17-MHT |
| | ) | (WO) |
| MARSH BURN, Program | ) | |
| Director, and CENTRAL | ) | |
| RECORDS CLASSIFICATION | ) | |
| OFFICER, | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state
inmate, filed this lawsuit challenging his date of
release.  This lawsuit is now before the court on the
recommendation of the United States Magistrate Judge that
plaintiff's case be dismissed.  Also before the court are
plaintiff's objections to the recommendation.  After an
independent and de novo review of the record, the court
concludes that plaintiff's objections should be overruled
and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of February, 2007.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE