```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000765
Cashier ID: cstrecke
Transaction Date: 10/17/2007
Payer Name: ATMORE COMMUNITY WORK CENTER
----------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY HINES
 Case/Party: D-ALM-2-07-CV-000017-001
 Amount:         $28.00
----------------------------------------
CHECK
 Remitter: ATMORE COMMUNITY CENTER
 Check/Money Order Num: 6924
 Amt Tendered:  $28.00
----------------------------------------
Total Due:      $28.00
Total Tendered: $28.00
Change Amt:     $0.00
```

DALM207CV000017-MHT

ANTHONY HINES

ATMORE COMMUNITY WORK CENTER

9947 HWY 21 NORTH
ATMORE, AL  36502