```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004462
Cashier ID: khaynes
Transaction Date: 03/28/2008
Payer Name: ATMORE COMMUNITY WORK CENTER
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY HINES
 Case/Party: D-ALM-2-07-CV-000017-001
 Amount:         $16.20
------------------------------------
CHECK
 Check/Money Order Num: 7262
 Amt Tendered:  $16.20
------------------------------------
Total Due:      $16.20
Total Tendered: $16.20
Change Amt:     $0.00
```