```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004943
Cashier ID: khaynes
Transaction Date: 05/02/2008
Payer Name: ATMORE COMMUNITY WORK CENTER
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY HINES
 Case/Party: D-ALM-2-07-CV-000017-001
 Amount:         $17.80
------------------------------------
CHECK
 Check/Money Order Num: 7380
 Amt Tendered:  $17.80
------------------------------------
Total Due:      $17.80
Total Tendered: $17.80
Change Amt:     $0.00
```