```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006072
Cashier ID: brobinso
Transaction Date: 08/11/2008
Payer Name: ATMORE COMMUNITY WORK CENTER
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY HINES
 Case/Party: D-ALM-2-07-CV-000017-001
 Amount:         $20.80
------------------------------------
CHECK
 Check/Money Order Num: 7619
 Amt Tendered:   $20.80
------------------------------------
Total Due:       $20.80
Total Tendered:  $20.80
Change Amt:      $0.00
```